**DeAngelo COOK, Petitioner-Appellant,**

v.

**WARDEN, MACON SP, Respondent-Appellee.**

**No. 16-15311**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(April 28, 2017)

DeAngelo Cook, Pro Se

Clint Christopher Malcolm, Samuel Scott Olens, Attorney General's Office, Atlanta, GA, for Respondent-Appellee

Before HULL, WILSON and JORDAN, Circuit Judges.

**PER CURIAM:**

In 2009, De Angelo Cook, a Georgia prisoner, filed a federal habeas corpus petition pursuant to 28 U.S.C. § 2254. That petition was dismissed with prejudice as untimely, and Mr. Cook did not appeal.

In 2016, Mr. Cook filed a second habeas corpus petition. The district court dismissed this petition for lack of subject-matter jurisdiction because Mr. Cook had not obtained circuit authorization to file a second or successive petition. Mr. Cook now appeals.

We affirm. Because Mr. Cook did not obtain circuit authorization to file a second or successive habeas petition, the district court did not have jurisdiction. *See* 28 U.S.C. § 2244(b)(3)(A), (b) (4); *Tompkins v. Secretary,* 557 F.3d 1257, 1259 (11th Cir. 2009).

**AFFIRMED.**